UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

Harrisonburg Division

IN RE:        BRIAN CHRISTOPHER CROWLING              Case No.  10-51638

                           Debtor                                     Chapter 7


JOHN G. LEAKE, TRUSTEE,

           Plaintiff,

v.                                                                                 Adversary Proceeding
                                                                                    No.  10-05078
HSBC BANK OF NEVADA, N.A.
d/b/a HSBC CARD SERVICES,

           Defendant.

## ORDER OF DEFAULT JUDGMENT

This proceeding came before the Court upon the Complaint of the plaintiff seeking the avoidance of a preferential transfer made by the debtor to the defendant and the entry of judgment for such amount; upon proper service of a copy of the Complaint, the Summons and the Notice of Pre-trial Conference upon the defendant; upon the default of the defendant for failure to file a timely responsive pleading or otherwise appear in this action; and upon the motion of the plaintiff seeking the entry of a default judgment.  And for good cause shown, it is therefore and accordingly ORDERED that (a) the transfers described in the Complaint are avoided; (b) pursuant to 11 U.S.C. §550(a) the Trustee may recover for the benefit of the estate the value of the property that is the subject of the avoided transfers, for which purpose judgment is entered against the defendant in favor of the plaintiff in the amount of $1,400 plus interest as

provided by law.  It is further ORDERED that there being nothing further to be done in this action, it may be removed from the docket of the Court.

Date: May 20, 2011

*/s/ Ross W. Krumm*

_____

ROSS W. KRUMM, United States Judge

I Ask For This:

 /S/ Dale A. Davenport_____
Dale A. Davenport, Esquire
Counsel for the Trustee/Plaintiff